IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MUKHAMMAD SHAMANOV,                    :
                                       :
                    Petitioner,        :
                                       :
       v.                              :        2:26-cv-03010
                                       :
J.L. JAMISON, et al.                   :
                                       :
                    Respondents.       :

## ORDER

AND NOW, this 6th day of May 2026, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1). The Government is here by ORDERED to SHOW CAUSE no later than May 8, 2026, as to why the Petition should not be granted. The Government shall inform the Court if Petitioner currently has any outstanding criminal warrants in this country or elsewhere.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1]    Petitioner's Counsel should separately forward the Petition and this Order to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.